| | |
|---|---|
| CLARENCE R. SANKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-177 |
| MICHAEL WILLIAMS, *Correctional Officer II, Coastal State Prison* and B. GOULIC, *Staff Nurse, Coastal State Prison,* | ) |
| Defendants. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 8th day of February, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA